| | |
|---|---|
| 1 | Michael J. Bettinger, SBN 122196 |
| | mbettinger@sidley.com |
| 2 | Irene Yang, SBN 245464 |
| | irene.yang@sidley.com |
| 3 | Ezekiel L. Rauscher, SBN 269141 |
| | erauscher@sidley.com |
| 4 | SIDLEY AUSTIN LLP |
| | 555 California Street, Suite 2000 |
| 5 | San Francisco, California 94104 |
| 6 | Ash Nagdev, SBN 259921 |
| | anagdev@sidley.com |
| 7 | Ryuk Park, SBN 298744 |
| | ryuk.park@sidley.com |
| 8 | SIDLEY AUSTIN LLP |
| | 1001 Page Mill Road, Building 1 |
| 9 | Palo Alto, California 94304 |

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 3:15-cv-03762-WHO |
| Plaintiff, | Assigned to: Hon. William H. Orrick |
| vs. | **STIPULATION AND PROPOSED ORDER OF DISMISSAL** |
| EON CORP. IP HOLDINGS, LLC, | |
| Defendant. | |

On this day, Plaintiff Apple Inc. ("Apple") and Defendant EON Corp. IP Holdings, LLC ("EON"), have agreed to dismiss all claims between the parties.

Accordingly, Apple and EON hereby stipulate to dismissal pursuant to the below Order.

| | | |
|---|---|---|
| Dated: April 24, 2017 | | SIDLEY AUSTIN LLP |

By: */s/ Ezekiel L. Rauscher*
Michael J. Bettinger, SBN 122196
mbettinger@sidley.com
Irene Yang, SBN 245464
irene.yang@sidley.com
Ezekiel L. Rauscher, SBN 269141
erauscher@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104

Ash Nagdev, SBN 259921
anagdev@sidley.com
Ryuk Park, SBN 298744
ryuk.park@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, California 94304

**ATTORNEYS FOR DEFENDANT APPLE INC.**

By: */s/ Daniel R. Scardino (with permission)*
Daniel R. Scardino
dscardino@reedscardino.com
Joshua G. Jones
jjones@reedscardino.com
REED & SCARDINO LLP
301 Congress Ave Suite 1250
Austin, TX 78701

MICLEAN GLEASON LLP

David J. Miclean, SBN 115098
dmiclean@micleangleason.com
Carmen M. Aviles, SBN 251993
caviles@micleangleason.com

**ATTORNEYS FOR PLAINTIFF EON CORP. IP HOLDINGS, LLC**

## ORDER

On this day, Plaintiff Apple Inc. ("Apple") and Defendant EON Corp. IP Holdings, LLC ("EON") announced to the Court that they have settled their respective claims for relief asserted in this cause. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against EON by Apple herein are dismissed with prejudice; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 2, 2017

THE HONORABLE WILLIAM H. ORRICK
United States District Court Judge

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

Dated: April 24, 2017                SIDLEY AUSTIN LLP

                                     By: */s/ Ezekiel L. Rauscher*
                                         Ezekiel L. Rauscher